```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

IRIS LOPEZ,                          :    Civil No. 05-4509(MLC)

      Plaintiff,               :

v.                                   :         **O R D E R**

COMMISSIONER OF SOCIAL SECURITY,     :

      Defendant,               :

_____

    This matter having come before the Court upon the filing of Plaintiff's Complaint on September 12, 2005; an answer having been filed on November 28, 2005, and no further filings having been received by the Court as required by Local Civil Rule 9.1;

    It is on this 28th day of June, 2006,

    ORDERED THAT: Plaintiff's counsel SHOW CAUSE in writing by **July 14, 2006** why this case should not be dismissed for lack of prosecution.  This matter will be decided pursuant to Federal Rule of Civil Procedure 78, without oral argument.

                                           s/Mary L. Cooper
                                           MARY L. COOPER
                                           United States District Judge